IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDICAL MUTUAL OF OHIO,

     Plaintiff(s),

  v.

WYETH, INC. et al.,

     Defendant(s).

No.  C-11-3704 SC

Clerk's Notice

     YOU ARE HEREBY NOTIFIED THAT a Case Management Conference is scheduled for **November 18, 2011 at 10:00 A.M.**  before the Honorable Samuel Conti.  Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

     Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 1, 2011

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
     Courtroom Deputy Clerk